(Official Form 1)(12/03)

**FORM B1**

# United States Bankruptcy Court
## District of Western New York

# → # 11080230 → $ 209.00

## VOLUNTARY PETITION

| Name of Debtor (If individual, enter Last, First, Middle):<br>**Tiburzi, Louis J.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Tiburzi, Linda** |
|---|---|
| All Other Names used by the debtor in the last 6 years (include married, maiden and trade names):<br>**a/k/a Louis Tiburzi**<br>**a/k/a Lou Tiburzi**<br>**a/k/a Tiburzi L. Sewer & Drain**<br>**a/k/a Tiburzi Sewer**<br>**a/k/a Tiburzi Sewer & Drain**<br>**a/k/a Lou Tiburzi d/b/a Lou Tiburzi Sewer & Drain** | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names):<br>**a/k/a Linda J. Tiburzi**<br>**a/k/a Linda Tiburzi d/b/a L. Tiburzi Sewer & Drain**<br><br># 05 - 92243 |
| Last four digits of Soc. Sec./Tax I.D. No. (If more than one, state all): **9455** | Last four digits of Soc. Sec./Tax I.D. No. (If more than one, state all): **4199** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4870 Morgan Parkway, Hamburg, NY 14075-3216** | Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4870 Morgan Parkway, Hamburg, NY 14075-3216** |
| County of Residence or of the<br>Principal Place of Business: **ERIE** | County of Residence or of the<br>Principal Place of Business: **ERIE** |
| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this district.

### Type of Debtor (Check all boxes that apply)

| | |
|---|---|
| ■ Individual(s) | ☐ Railroad |
| ☐ Corporation | ☐ Stockbroker |
| ☐ Partnership | ☐ Commodity Broker |
| ☐ Other_____ | ☐ Clearing Bank |

### Nature of Debt (Check one box)

■ Consumer/Non-Business          ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

### Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box)

| | | |
|---|---|---|
| ■ Chapter 7 | ☐ Chapter 11 | ☐Chapter 13 |
| ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Sec. 304 – Case ancillary to foreign proceeding | | |

### Filing Fee (Check one box)

■ Full Filing Fee attached.
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.
Rule 1006(b). See Official Form No. 3

## Statistical/Administrative Information (Estimates only)

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

*[court stamp: 2005 OCT 14 PM 1:32]*

### Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s): |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Louis J. Tiburzi
Signature of Debtor **Louis J. Tiburzi**

X   /s/ Linda Tiburzi
Signature of Joint Debtor **Linda Tiburzi**

_____
Telephone Number (If not represented by attorney)

July 22, 2005  October 3, 2005
Date

### Signature of Attorney

X   /s/ Doreen E. Letty
Signature of Attorney for Debtor(s)
**Doreen E. Letty**
Printed Name of Attorney for Debtor(s)          Bar ID Number
**Hogan & Willig, PLLC**
Firm Name

**One John James Audubon Parkway, Suite 210**
**Amherst, New York 14228**
Address

**(716) 636-7600**
Telephone Number
July 22, 2005  October 3, 2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports) (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐    Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   /s/ Doreen E. Letty                          July 22, 2005
Signature of Attorney for Debtor(s)        Date  October 3, 2005

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐    Yes, and Exhibit C is attached and made a part of this petition.
■    No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. §110)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security Numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form 6

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda,** Debtor(s) | (If Known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules a, B, D, E. F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|---|
| | | | | ASSETS | LIABILITIES | OTHER |
| A- | Real Property | YES | 1 | $105,279.00 | | |
| B- | Personal Property | YES | 3 | $25,185.00 | | |
| C- | Property Claimed as Exempt | YES | 1 | | | |
| D- | Creditors Holding Secured Claims | YES | 1 | | $49,967.00 | |
| E- | Creditors Holding Unsecured Priority Claims | YES | 2 | | $69,138.00 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $443,790.00 | |
| G- | Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H- | Codebtors | YES | 1 | | | |
| I- | Current Income of Individual Debtor(s) | YES | 1 | | | $4765.50 |
| J- | Current Expenditures of Individual Debtors | YES | 1 | | | $4499.00 |
| | Total Number of Sheets Of ALL Schedules | | 25 | | | |
| | Total Assets | | | $130,464.00 | | |
| | Total Liabilities | | | | $562,895.00 | |

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda,** Debtor(s) | (If Known) |

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **4870 Morgan Parkway Hamburg, NY 14075-3216 (title owner is recently deceased son)** | **Heir** | | **$96,429.00** | **$41,000.00** |
| **1633 Inwood, Angola (vacant land – current building standing on land was condemned and needs to be demolished)** | **Owners** | **Owned Jointly with Siblings (1/3 share)** | **$8,850.00** | **$13,966.87** |
| | | Total | **$105,279.00** | |

(Report also on Summary of Schedules.)

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda**, Debtor(s) | (If Known) |

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C – Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE,JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | ■ | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **2. Bank of Akron Acct# ending 9011** | **WIFE** | **$100.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | ■ | | | |
| 4. | Household goods and furnishings, including audio, video and computer equipment. | | **4. Household Furnishings** | | **$750.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc,  and other collections or collectibles. | ■ | | | |
| 6. | Wearing apparel. | | **6. Wearing Apparel** | | **$200.00** |
| 7. | Furs and jewelry. | ■ | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | ■ | | | |
| 9. | Interests in insurance policies.    Name insurance company of each policy and itemize surrender or  refund value of each. | ■ | | | |
| 10. | Annuities.    Itemize and name each issuer. | ■ | | | |

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda**, Debtor(s) | (If Known) |

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | ■ | | | |
| 12. Stocks and interests in incorporated and unincorporated businesses. Itemize. | ☐ | **12. Marlin Properties of WNY Corp.** ** (50% of shares owned by Wife) Sole Asset is 47 Colton Avenue, Lackawanna, NY | WIFE | $8,895.00 |
| 13. Interest in partnerships or joint ventures. Itemize. | ■ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ■ | **12. L. Tiburzi Sewer & Drain** (Wife's d/b/a—company totally indebted and no value) | WIFE | $0.00 |
| 15. Accounts receivable. | ☐ | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ■ | **12. The Sewer Company, Inc.** (100% of shares owned by recently deceased son) (no assets owned – no value) | | $0.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ■ | **15. Essex (accounts receivable for services rendered)** | | $13,000.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. (Form 6A.) | ■ | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ■ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ■ | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ■ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ■ | | | |

**Fair Market Value of 47 Colton Avenue**      $61,889.00
**Less: Outstanding Mortgage with Litton**
    **Loan Servicing**      $44,099.00

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda,** Debtor(s) | (If Known) |

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE,JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 23. | Automobiles, trucks, trailers and other vehicles and accessories. | ☐ | **23. 1989 Dodge Pickup**<br>**1989 Dodge Pickup**<br>**1994 Ford Pickup**<br>**(all vehicles have approx**<br>**180-200,000 miles and have**<br>**physical damage)** | **Wife**<br>**Husband**<br>**Wife** | **$450.00**<br>**$520.00**<br>**$1,270.00** |
| 24. | Boats, motors, and accessories. | ■ | | | |
| 25. | Aircraft and accessories. | ■ | | | |
| 26. | Office equipment, furnishings, and supplies. | ■ | | | |
| 27. | Machinery, fixtures, equipment and supplies used in business. | ■ | | | |
| 28. | Inventory. | ■ | | | |
| 29. | Animals. | ■ | | | |
| 30. | Crops - growing or harvested. Give particulars. | ■ | | | |
| 31. | Farming equipment and implements. | ■ | | | |
| 32. | Farm supplies, chemicals and feed. | ■ | | | |
| 33. | Other personal property of any kind not already listed. Itemize. | ■ | | | |

___0___ continuation sheets attached

**$25,185.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda,** Debtor(s) | (If Known) |

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522 (b)(1)Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2)Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Wearing Apparel** | **CPLR 5205** | $200.00 | $200.00 |
| **Household Furnishings** | **CPLR 5205** | $750.00 | $750.00 |
| **4870 Morgan Parkway Hamburg, NY 14075-3216** | **CPLR 5206** | $100,000.00 | $96,429.00 |
| **1989 Dodge 350 Pickup** | **Debtor/Creditor §282** | $520.00 | $520.00 |
| **1994 Ford F250 Pickup** | **Debtor/Creditor §282** | $1,270.00 | $1,270.00 |

| In re: | Case Number: |
|---|---|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deed of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.

Report the total ofall claims listed on this schedule in the box labeled"Total"on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Thomas and Theresa DiMaria 105 Admiral Road Buffalo, New York 14216 | N | | First Lien against premises commonly known as 1633 Inwood Avenue, Evans, New York VALUE: $8,850.00 | | | | $13,967.00 | $5,117.00 |
| David and Jeri Brooks 2334 Beachwood Drive Lakeview, NY 14085 | N | | First lien against premises commonly known as 4870 Morgan Parkway, Hamburg, New York VALUE: $96,429.00 | | | | $36,000.00 | $0.00 |
| LAST FOUR DIGITS OF ACCOUNT NO. | | | | | | | | |
| LAST FOUR DIGITS OF ACCOUNT NO. | | | | | | | | |

|  | Subtotal (Total of this page) | $49,967.00 |
|---|---|---|
| __0__ Continuation sheets attached | Total (Use only on last page) | $49,967.00 |

(Report total also on Summary of Schedules)

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda,** Debtor(s) | (If Known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled,"Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐      Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐      **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. §507(a)(2).

☐      **Wages, salaries, and commissions:** Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐      **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐      **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐      **Deposits by individuals:** Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐      **Alimony, Maintenance, or Support:** Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. §507(a)(7).

■      **Taxes and certain other debts owed to governmental units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(7).

☐      **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System,or their predecessors or successors,to maintain thecapital of an insured depository institution. 11 U.S.C. §507(a)(9).

\*      Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda**, Debtor(s) | (If Known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service Andover, MA 05501 | N | | Judgment filed in or about February, 2002 as and for _____ taxes owed (under case number 2Q1012367) | | | | $45,076.00 | $45,076.00 |
| NYS Tax Commission P.O. Box 5300 Albany, NY 12205-0300 | N | | Judgment filed in Erie County Clerk's office under case number Q001364984 in September, 2004 | | | | $1,030.00 | $1,030.00 |
| NYS Department of Labor W. Averell Harriman State Office Campus Blding 12 Albany, NY 12240 | | | Judgment filed in County Court under case number Q1287237 in March, 2004 | | | | $1,050.00 | $1,050.00 |
| NYS Tax Commission P.O. Box 5300 Albany, NY 12205-0300 | | | Judgment filed in County Court under case number Q1342801 in August, 2004 | | | | $1,050.00 | $1,050.00 |
| Tax Collector Town of Hamburg S-6100 South Park Avenue Hamburg, NY 14075 | | | 2005-2006 School Taxes due with respect to 4870 Morgan Parkway, Hamburg, New York | | | | $1,450.00 | $1,450.00 |
| Internal Revenue Service Deirdre J. Roper 130 S. Elmwood Avenue, Suite 200 Buffalo, NY 14202-2464 | | | 941 Due for Periods ending 12/31/02; 3/31/03; 6/30/03; 9/30/03; 12/31/03; 3/31/04; 9/30/04 for L. Tiburzi Sewer & Drain | | | | $19,482.00 | $19,482.00 |

Subtotal

| | |
|---|---|
| Subtotal | $69,138.00 |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

(Total of this page)

Total
(Use only on last page of completed Schedule E)

| | |
|---|---|
| Total | $69,138.00 |

(Report total also on Summary of Schedules)

| In re: | Case Number: |
|---|---|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of thm, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| American Express P.O. Box 360001 Fort Lauderdale, FL 33336-0001 5836 | N | | | | | | $400.00 |
| Advantage Assets II, Inc. c/o LTD Financial Services, L.P. P.O. Box 630769 Houston, TX 77263-0769 9927 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $8,050.00 |
| Beneficial Finance P.O. Box 17574 Baltimore, MD 21297-1574 0028 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $11,400.00 |
| BMG Music Customer Service Center P.O. Box 91545 Indianapolis, IN 46291-0545 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $50.00 |
| Capital One Bank P.O. Box 85147 Richmond, VA 23276 Various | N | | Judgment filed in County Court under Case Number B75100 in March, 2005 | | | | $1,650.00 |
| Capital One Bank P.O. Box 85147 Richmond, VA 23276 | | | Goods and services provided to petitioner pursuant to credit report dated Action Commenced; Summons and complaint served | | | | $6,300.00 |
| | | | | | Subtotal | | $27,850.00 |
| | | | | | Total | | $ |

__12__ continuation sheets attached

(Report total also on Summary of Schedules)

| In re: Tiburzi, Louis J. and Linda, Debtor(s) | Case Number: (If Known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Also Notify: Cohen & Slamowitz, LLP P.O. Box 9004 199 Crossways Park Drive Woodbury, NY 11797-9004 | | | | | | | |
| Also Notify: NCO Financial Systems P.O. Box 8148 Philadelphia, PA 19101-8148 | | | | | | | |
| 3383 Catholic Health System Mercy Hospital of Buffalo 565 Abbott Road Buffalo, NY 14220 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $50.00 |
| Charter One Bank c/o Oxford Collection Services 135 Maxess Road Melville, NY 11747 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $300.00 |
| 4787 Chase Manhattan Bank USA, N.A. P.O. Box 15583 Wilmington, DE 19886-1194 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $5,300.00 |
| Also Notify: M.R.S. Associates, Inc. 3 Executive Campus, Suite 400 Cherry Hill, NJ 08002 | | | | | | | |
| Also Notify: Chase BankCard Services, Inc. P.O. Box 521195 Phoenix, AZ 85072-2195 | | | | | | | |
| | | | | | Subtotal | | $5,650.00 |
| Sheet no. __1__ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | (Total of this page) Total (Use only on last page of completed Schedule F) | | | | $ |

(Report total also on Summary of Schedules)

| In re: | Case Number: |
|---|---|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 5251<br>Citibank Early Out Primes<br>c/o NCO Financial Systems<br>P.O. Box 41625<br>Philadelphia, PA 19101-1625 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $6,000.00 |
| AYU7<br>Citibank Early Out Primes<br>c/o NCO Financial Systems<br>P.O. Box 41625<br>Philadelphia, PA 19101-1625 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $7,100.00 |
| Also Notify:<br>Citicorp-Bankcard Classic<br>c/o Collectcorp Corporation<br>455 North 3rd Street, Suite 260<br>Phoenix, AZ 85004-3924 | | | | | | | |
| Citi – Shell<br>P.O. Box 2463<br>Houston, TX 77252-2463 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $150.00 |
| 3140<br>Cross Country Bank<br>P.O. Box 10001<br>Huntington, WV 25770 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $2,550.00 |
| Also Notify:<br>Select Financial<br>P.O. Box 1070<br>Jenkintown, PA 19046-7370 | | | | | | | |
| Also Notify:<br>Professional Recovery Services, Inc.<br>P.O. Box 1880<br>Voorhees, NJ 08043 | | | | | | | |
| Also Notify:<br>Cross Country Bank<br>P.O. Box 10007<br>Huntington, WV 25770-0007 | | | | | | | |
| | | | | | | Subtotal | $15,800.00 |
| | | | | | | Total<br>(Total of this page) | $ |

Sheet no. __2__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

(Total of this page)
Total
(Use only on last page of completed Schedule F)

(Report total also on Summary of Schedules)

| In re: | Case Number: |
|---|---|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 0339<br>The Disney Credit Card<br>P.O. Box 530993<br>Atlanta, GA 30353-0993 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $450.00 |
| 7MRA<br>EBSCO Teleservices<br>P.O. Box 830049<br>Birmingham, AL 35283-0049 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $65.00 |
| 1371<br>ExxonMobil<br>P.O. Box 4598<br>Carol Stream, IL 60197-4598 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $35.00 |
| 9370<br>First Niagara Bank<br>P.O. Box 28<br>Buffalo, NY 14240-0028 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $7,500.00 |
| 2019<br>Omar-Parmenter Tires & Service, Inc.<br>772 Elk Street<br>Buffalo, NY 14210 | | | Goods and services provided to petitioner pursuant to statement dated September 25, 2002 | | | | $210.00 |
| 0419<br>Contractors Credit<br>1110 Lake Cook Road Suite 370<br>Buffalo Grove, IL 60089 | | | Goods and services provided to petitioner pursuant to statement dated November, 2002 | | | | $24,550.00 |
| 8598<br>GMAC Payment Processing Center<br>P.O. Box 78369<br>Phoenix, AZ 85062-8369 | | | Goods and services provided to petitioner pursuant to statement dated August 7, 2005 | | | | $5,200.00 |
| 6710<br>Miracle Financial, Inc.<br>52 Armstrong Road<br>Plymouth, MA 02360-4807 | | | Goods and services provided to petitioner pursuant to statement dated August 4, 2005 | | | | $600.00 |
| 0898<br>Verizon<br>615 N. Classen Boulevard<br>Oklahoma City, OK 73106 | N | | Goods and services provided to petitioner pursuant to statement dated July 28, 2005 | | | | $2,200.00 |
| | | | | | | Subtotal | $40,810.00 |

Sheet no. _3_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Total (Total of this page)

Total (Use only on last page of completed Schedule F) $

(Report total also on Summary of Schedules)

| In re: | Case Number: |
|---|---|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 5066<br>First Premier Bank<br>P.O. Box 5147<br>Sioux Falls, SD 57117-5147 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $300.00 |
| 4709<br>First Premier Bank<br>P.O. Box 5147<br>Sioux Falls, SD 57117-5147 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $1,450.00 |
| 1007<br>First Premier Bank<br>P.O. Box 5147<br>Sioux Falls, SD 57117-5147 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $600.00 |
| 9226<br>First Premier Bank<br>P.O. Box 5147<br>Sioux Falls, SD 57117-5147 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $100.00 |
| National Fuel Gas Distribution<br>6363 Main Street<br>Williamsville, NY 14221 | | | Judgment entered in Erie County Clerk's Office under case number Q001169063 in May, 2003 | | | | $3,550.00 |
| Niagara Mohawk Power Corporation<br>300 Erie Boulevard West<br>Syracuse, NY 13202-4205 | | | Judgment entered in Erie County Clerk's Office under case number Q001190398 in May, 2003 | | | | $1,900.00 |
| National Fuel Gas Distribution<br>6363 Main Street<br>Williamsville, NY 14221<br>Also Notify<br>Financial Recoveries<br>P.O. Box 330<br>Buffalo, NY 14223 | | | Judgment entered in Erie County Clerk's Office under case number Q001060893 in July, 2002 | | | | $7,950.00 |
| 5867<br>SKO Brenner American, Inc.<br>40 Daniel Street P.O. Box 230<br>Farmingdale, NY 11735-0230 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $140.00 |
| | | | | | Subtotal | | $15,990.00 |
| | | | | | (Total of this page) Total (Use only on last page of completed Schedule F) | | $ |

Sheet no. __4__ of _12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

(Report total also on Summary of Schedules)

Form 6F (12/03) - Continued

| In re: | Case Number: |
|--------|--------------|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 2610<br>Funk Lawn Care<br>330 Fillmore Avenue<br>Tonawanda, NY 14150 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $65.00 |
| Thd/CBUSA/Home Depot<br>1881 Ridge Road<br>West Seneca, NY 14224 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $9,100.00 |
| HSBC-NV<br>One HSBC Center<br>Buffalo, NY 14203 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $1,100.00 |
| JcPenney<br>P.O. Box 10001<br>Dallas, TX 75301-7311 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $450.00 |
| Also Notify:<br>Michael J. Poretta, Esq.<br>P.O. Box 537<br>Hamburg, NY 14075 | | | | | | | |
| Also Notify:<br>General Electric Capital Corporation<br>P.O. Box 103101<br>Roswell, GA 30076 | | | | | | | |
| 4296<br>Kaufmann's<br>P.O. Box 94934<br>Cleveland, OH 44101-4934 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $500.00 |
| 3501<br>Klemat Plumbing and Heating, Inc.<br>3280 South Park Avenue<br>Lackawanna, NY 14218 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $10,250.00 |
| 3781<br>Littman Jewelers<br>P.O. Box 105980 Dept. 06<br>Atlanta, GA 30353-5980 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $625.00 |
| 1366<br>Lock City Supply, Inc.<br>650 West Avenue P.O. Box 481<br>Lockport, NY 14095-0481 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $11,500.00 |
| | | | Subtotal | | | | $33,590.00 |

Sheet no. __5__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

(Total of this page)
Total
(Use only on last page of completed Schedule F)

$

(Report total also on Summary of Schedules)

Form 6F (12/03) - Continued

| In re: | Case Number: |
|--------|--------------|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Lord & Taylor<br>P.O. Box 94873<br>Cleveland, OH 44101-4873 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $250.00 |
| 8036<br>Mercy Hospital OP<br>c/o Mercantile Adjustment Bureau, LLC<br>P.O. Box 9315A<br>Rochester, NY 14604 | | N | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $25.00 |
| 45A2<br>Masseys<br>128 West River Street<br>Chippewa Falls, WI 54729 | | N | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $300.00 |
| 0103<br>National Fuel – NY<br>P.O. Box 163250<br>Columbus, OH 43216-3250 | | N | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $450.00 |
| Also Notify:<br>CBCS<br>P.O. Box 69<br>Columbus, OH 43216 | | | | | | | |
| National Fuel<br>6363 Main Street<br>Williamsville, NY 14221 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $4,000.00 |
| Niagara Mohawk<br>c/o Mercantile Adjustment Bureau<br>40 West Avenue<br>Rochester, NY 14611 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $200.00 |
| Nordstrom FSB<br>1617 6th Avenue, Suite 500<br>Seattle, WA 98101 | | N | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $250.00 |
| | | | | | | Subtotal | $5,475.00 |

Sheet no. _6_ of _12_ continuation
sheets attached to Schedule of Creditors Holding
Unsecured Priority Claims

(Total of this page)
Total
(Use only on last page of completed Schedule F)    $

(Report total also on Summary of Schedules)

| In re: | Case Number: |
|---|---|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 5786<br>Medical Payment Data<br>c/o Mercantile Adjustment Bureau<br>40 West Avenue<br>Rochester, NY 14611 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $1,200.00 |
| 5689<br>Orchard Bank<br>c/o Household Credit Services<br>P.O. Box 17051<br>Baltimore, MD 21297-1051 | | N | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $1,050.00 |
| 9405<br>Orchard Bank<br>c/o Household Credit Services<br>P.O. Box 17051<br>Baltimore, MD 21297-1051 | | N | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $2,050.00 |
| 1435<br>Oxmoor House<br>c/o North Shore Agency-N3X-52<br>P.O. Box 8901<br>Westbury, NY 11590-8901 | | N | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $30.00 |
| 8645<br>Pier 1 National Bank<br>9111 Duke Boulevard<br>Mason, OH 45040 | | N | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $450.00 |
| Also Notify:<br>Berman & Rabin, P.A.<br>10660 Barkley<br>Overland Park, KS 66212 | | | | | | | |

Subtotal

$4,780.00

Sheet no. __7__ of _12_ continuation
sheets attached to Schedule of Creditors Holding
**Unsecured Priority Claims**

**(Total of this page)**
**Total**
**(Use only on last page of completed Schedule F)**

$

**(Report total also on Summary of Schedules)**

| In re: | Case Number: |
|---|---|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT,OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 3462<br>Providian Processing Services<br>P.O. Box 660567<br>Dallas, TX 75266-0567<br>Also Notify:<br>Alliance One Receivables<br>  Management, Inc.<br>P.O. Box 1961<br>Southgate, Michigan 48195-0961 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $800.00 |
| 0015<br>Providian Payment Processing<br>P.O. Box 660548<br>Dallas, TX 75266-0548 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $9,500.00 |
| 2647<br>Sears Card<br>P.O. Box 182149<br>Columbus, OH 43218-2149 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $2,700.00 |
| Sunoco/Citi<br>1735 Market Street, Suite LL<br>Philadelphia, PA 19103-7583 | | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $450.00 |
| 1872 and 8335<br>Van Ru Credit Corporation<br>P.O. Box 998<br>Park Ridge, IL 60068-0998 | | | Goods and services provided to petitioner pursuant to statement dated July 25, 2005 | | | | $500.00 |
| 5208 and 5163<br>Van Ru Credit Corporation<br>P.O. Box 998<br>Park Ridge, IL 60068-0998 | | | Goods and services provided to petitioner pursuant to statement dated August 15, 2005 | | | | $2250.00 |
| 9910<br>Seventh Avenue<br>c/o E R Solutions, Inc.<br>P.O. Box 9004<br>Renton, WA 98057-9004 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $250.00 |
| | | | | | Subtotal | | $16,450.00 |

Sheet no. __8__ of __12__ continuation
sheets attached to Schedule of Creditors Holding
Unsecured Priority Claims

(Total of this page)
Total
(Use only on last page of completed Schedule F)          $

(Report total also on Summary of Schedules)

| In re: | | Case Number: | |
|---|---|---|---|
| Tiburzi, Louis J. and Linda, Debtor(s) | | | (If Known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 3235<br>Target National Bank<br>P.O. Box 59231<br>Minneapolis, MN 55459-0231 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $400.00 |
| 1530<br>Through the Country Door<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $400.00 |
| Stop N Gas<br>5498 Camp Road<br>Hamburg, NY | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $11,000.00 |
| LA Hazard & Sons<br>1695 Overhead Road<br>Derby, NY | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $79,000.00 |
| 7040<br>ADT Security Services, Inc.<br>c/o NCO Financial Systems<br>P.O. Box 41457<br>Philadelphia, PA 19101-1457 | | | Goods and services provided to petitioner pursuant to statement dated July 21, 2005 | | | | $200.00 |
| 194D<br>University at Buffalo<br>Parking Violations Office<br>P.O. Box 4600<br>Buffalo, NY 14240-4600 | | | Fines incurred for parking violations in 2004 | | | | $100.00 |
| 9354<br>USPS Disbursing Officer<br>Accounting Service Center<br>P.O. Box 21888<br>Eagan, MN 55121-0888 | | | Goods and services provided to petitioner pursuant to statement dated July 14, 2005 | | | | $600.00 |
| 9353<br>USPS Disbursing Officer<br>Accounting Service Center<br>P.O. Box 21888<br>Eagan, MN 55121-0888 | | | Goods and services provided to petitioner pursuant to statement dated July 14, 2005 | | | | $1,050.00 |
| | | | | | | Subtotal | $92,750.00 |
| | | | | | | Total | $ |

Sheet no. _9_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

(Total of this page)
Total
(Use only on last page of completed Schedule F)
(Report total also on Summary of Schedules)

| In re: | Case Number: |
|---|---|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT )OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Schaefer Plumbing 146-160 Clinton Street Buffalo, NY 14203 Also Notify: CCC of NY P.O. Box 740 Buffalo, NY 14217-0740 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $26,150.00 |
| Karstedt S Automotive 5909 Camp Road Hamburg, NY | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $12,000.00 |
| Karstedt S Automotive 5909 Camp Road Hamburg, NY | | | Judgment filed in County Court under case number B80886 in June, 2005 | | | | $1,400.00 |
| Buffalo Plumbing Supply Seneca Street Buffalo, NY | N | | Judgment filed in County Court under case number Q13155763 in May, 2004 | | | | $29,500.00 |
| Riefler Concrete Products 5690 Camp Road Hamburg, NY 14075 Also Notify: Aaron, Dautch, Sternberg & Lawson, Convention Center Tower 43 Court Street Suite 730 Buffalo, NY 14202-3172 | N | | Judgment filed in County Court under case number B45875 in February, 2003 | | | | $7,225.00 |
| VP Supply Corp 2240 Harlem Road Cheektowaga, NY | | | Judgment filed in County Court under case number Q1144067 in March, 2003 | | | | $69,845.00 |
| National Casualty Company P.O. Box 4120 Scottsdale, AZ 85261-4120 | | | Goods and services provided to petitioner pursuant to policy of 8/12/04 to 8/12/05 | | | | $500.00 |
| Carlo M. Perfetto P.O. Box 252 Hamburg, NY 14075 | | | Legal Services Rendered in 2003 | | | | $1,950.00 |
| | | | | | | Subtotal | $148,570.00 |

Sheet no. ___10___ of ___12___ continuation sheets attached to Schedule of Creditors Holding **Unsecured Priority Claims**

(Total of this page) **Total**
(Use only on last page of completed Schedule F)
(Report total also on Summary of Schedules)

$

Form 6F (12/03) - Continued

| In re: | Case Number: |
|---|---|
| Tiburzi, Louis J. and Linda, Debtor(s) | (If Known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Also Notify:<br>VP Supply Corp.<br>c/o Credit Company<br>2495 Walden Avenue<br>Cheektowaga, NY 14225 | | | | | | | |
| Also Notify:<br>VP Supply Corp.<br>c/o Relin, Goldstein & Crane, LLP<br>Paul L. Goldstein, Esq.<br>1800 First Federal Plaza<br>Rochester, NY 140614 | | | | | | | |
| Case Credit Charge Card<br>P.O. Box 292<br>Racine, WI 53401 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $8,000.00 |
| Kistner Concrete<br>Route 39<br>Springville, NY | N | | Judgment filed in County Court under case number B36407 in September, 2002 | | | | $2,100.00 |
| National Fuel<br>6363 Main Street<br>Williamsville, NY 14221 | N | | Judgment filed in County Court under case number Q1305486 | | | | $1,700.00 |
| Medical<br>Mercy Hospital<br>565 Abbott Road<br>Buffalo, NY 14220 | | | Judgment filed in County Court under case number Q001404898 in January, 2005 | | | | $1,550.00 |
| Also Notify:<br>Anderson Equipment<br>c/o Getman Biryla, LLP<br>800 Rand Building<br>14 Lafayette Square<br>Buffalo, NY 14203-1995 | | | | | | | |
| Anderson Equipment<br>101 Great Arrow Avenue<br>Buffalo, NY 14216 | N | | Goods and services provided to petitioner pursuant to credit report dated June 20, 2005 | | | | $1,500.00 |
| | | | | | Subtotal | | |
| | | | | | | | $14,850.00 |

Sheet no. __11__ of _12_ continuation
sheets attached to Schedule of Creditors Holding
Unsecured Priority Claims

(Total of this page)
Total
(Use only on last page of completed Schedule F)

$

(Report total also on Summary of Schedules)

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda**, Debtor(s) | (If Known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT IOR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Also Notify:<br>Kistner Concrete Products, Inc.<br>c/o Aaron, Dautch, Sternberg & Lawson, LLP<br>43 Court Street, Suite 730<br>Buffalo, NY 14202-3172 | | | | | | | |
| 4199<br>State of New Jersey Higher Education Student Assistance Authority<br>4 Quakerbridge Plaza P.O. Box 546<br>Trenton, NJ 08625-0546 | N | | STUDENT LOAN | | | | $2,150.00 |
| 1016<br>Sallie Mae<br>P.O. Box 9500<br>Wilkes Barre PA 18773-9500 | N | | STUDENT LOAN | | | | $2,000.00 |
| Hurtubise Tire, Inc.<br>63 Oliver Street<br>North Tonawanda, NY 14120 | N | | Judgment filed in County Court under case number Q1181329 in June, 2003 | | | | $5,025.00 |
| Also Notify:<br>Saltarelli & Associates, P.C.<br>156 Delaware Street<br>Tonawanda, NY 14150-3498 | | | | | | | |
| 4243<br>Providian c/o<br>Capital Management Services, Inc.<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210 | | | Goods and services provided to petitioner pursuant to statement dated September 15, 2005 | | | | $3,800.00 |
| Baschmann Services, Inc.<br>1101 Maple Road<br>Elma, New York 14059 | | | Judgment filed in County Court under case number B48957 in August, 2003 | | | | $8,250.00 |
| Also Notify:<br>Matthew J. Garvey<br>Garvey & Garvey<br>416 Pearl Street<br>Buffalo, New York 14202 | | | | | | | |
| | | | | | Subtotal | | $21,225.00 |
| | | | | (Total of this page) | | | |
| | | | | Total<br>(Use only on last page of completed Schedule F) | | | $443,790.00 |

Sheet no. _12_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

(Report total also on Summary of Schedules)

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda,** Debtor(s) | (If Known) |

# SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **Ford Motor Credit**<br>**P.O. Box 220564**<br>**Pittsburgh, PA 15257-2564** | **Lease for 2004 Expedition began in January, 2004. Monthly payments of $389.00 over a thirty-eight (38) month period. Present balance is $8,958.00 and requires a balloon payment.** |

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda,** Debtor(s) | (If Known) |

## SCHEDULE H – CODEBTORS

Provide the information required concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John and Marie Benny**<br>**129 North Ryan Street**<br>**Buffalo, New York 14210** | **Thomas and Theresa DiMaria**<br>**105 Admiral Road**<br>**Buffalo, New York 14216** |

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda**, Debtor(s) | (If Known) |

## SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP | AGE | |
| | | NONE | |

| | EMPLOYMENT: | |
|---|---|---|
| | DEBTOR | SPOUSE |
| Occupation | Self Employed | Unemployed |
| Name of Employer | The Sewer Company, Inc. | |
| How Long Employed | Four (4) Months | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | Debtor | Spouse |
|---|---|---|
| Current monthly gross wages, salary and commissions (pro rate if not paid monthly) | $ | $ |
| Estimate monthly overtime | **N/A** | **N/A** |
| SUBTOTAL | $ | $ |
| Less Payroll Deductions | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | **N/A** | **N/A** |
| c. Union dues | **N/A** | **N/A** |
| d. Other (Specify)_____ | **N/A** | **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | **$4,300.00** | |
| Income from real property **(1/2 Rental income from property owned By Marlin Properties ($700.00 less ½ mortgage payment of $234.50)** | | **$465.50** |
| Interest from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| Social security or other government assistance (Specify)_____ | | |
| Pension or retirement income | | |
| Other monthly income (Specify)_____ | | |
| TOTAL MONTHLY INCOME | **$4,300.00** | **$465.50** |
| TOTAL COMBINED MONTHLY INCOME | **$4,765.50** | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**\*\*Income varies based on cyclical business and weather conditions. This schedule depicts an average monthly income withdrawn from the business after business expenses are deducted.**

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda,** Debtor(s) | (If Known) |

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐     Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (Include lot rented for mobile home) | $894.00 |
| **($750.00 for Morgan Parkway and $144.00 for Inwood Avenue)** | |
| Are real estate taxes included?          ☐ Yes  ■ No | |
| Is property insurance included?           ☐ Yes  ■ No | |
| Utilities Electricity and heating fuel | $210.00 |
| Water and sewer | $150.00 |
| Telephone | $135.00 |
| Other:  Cable | $ 75.00 |
| Home maintenance (repairs and upkeep) | $ 75.00 |
| Food | $400.00 |
| Clothing | $ 25.00 |
| Laundry and dry cleaning | $ 40.00 |
| Medical and dental expenses | $200.00 |
| Transportation (not including car payments) | $230.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 75.00 |
| Charitable contributions | $ 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | |
|     Homeowner's or Renter's | $110.00 |
|     Life | $ |
|     Health | $200.00 |
|     Auto | $225.00 |
|     Other | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  **Property taxes (Morgan Parkway and Inwood Avenue)** | $516.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $389.00 |
|     Other | |
|     Other | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other:  **IRS Tax Payments** | $500.00 |
| | |
| **TOTAL MONTHLY EXPENSES** (Report also on summary of Schedules) | $4,499.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ |
| B.  Total projected monthly expenses | $ |
| C.  Excess income (A minus B) | $ |
| D.  Total amount to be paid into plan each | $ |
| (interval) | |

| In re: | Case Number: |
|---|---|
| **Tiburzi, Louis J. and Linda,** Debtor(s) | (If Known) |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of twenty-six (26) sheets, and that they are true and correct to the best of my knowledge, information and belief.

(Total shown on summary page plus 1)

Date: ~~July 22, 2005~~ *October 3, 2005*

Signature: _/s/ Louis J. Tiburzi_
**Louis J. Tiburzi,** Debtor

Date: ~~July 22, 2005~~ *October 3, 2005*

Signature: _/s/ Linda Tiburzi_
**Linda Tiburzi,** Joint Debtor, if any

(if joint case, both spouses must sign)

........................................................................................................................................

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (SEE 11 U.S.C.§110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number (Required by 11 U.S.C. §110(c).)

_____

_____
Address

Names and social Security numbers of all other individuals who prepared or assisted in preparing the document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C.§110; 18 U.S.C.§156**

........................................................................................................................................

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____(the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____          Signature:_____

_____
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor]

........................................................................................................................................

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF WESTERN NEW YORK**

| In re: | Case No: |
|---|---|
| Tiburzi, Louis J. and Linda, | |
| Debtor(s) | |

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

    *a.*    *Property to Be Surrendered.*

         **Description of property**          **Creditor's name**

         **NONE**

    *b.*    *Property to Be Retained*          *[Check any applicable statement.]*

| Description Of Property | Creditor's Name | Property Is claimed as exempt | Property will Be redeemed Pursuant to 11 U.S.C. §722 | Debt will be Reaffirmed Pursuant to 11 U.S.C. §524(c) |
|---|---|---|---|---|
| 4870 MORGAN PARKWAY | DAVID AND JENIFER BROOKS | YES | NO | YES |
| 1633 INWOOD AVENUE | THOMAS AND THERESA DiMARIA | NO | NO | YES |

Date: ~~July 22, 2005~~

*October 3, 2005*

         /s/ Louis J. Tiburzi
         Louis J. Tiburzi, Debtor

         /s/ Linda Tiburzi
         Linda Tiburzi, Joint Debtor, if any

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

I certify that I am a bankruptcy petition prepare as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address

Names and Social Securitiy numbers of all other individuals who prepared or assisted in preparing this document. If more than one person prepared this document, attach additional sheets conforming to the appropriate Official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF WESTERN NEW YORK

In re: <u>Tiburzi, Louis J. and Linda,</u>    Case No. _____
       (Name)                                           (if known)
       Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE (if more than one)
**In 2003, Debtor earned an approximate annual gross income of $(Unknown at this time);**
**In 2004, Debtor earned an approximate annual gross income of $124,474.00;\*\***
**In 2005, Debtor earned an approximate gross income to date of $93,356.00;\*\***
**\*\*Business gross income – no deduction for business expenses.**
**Source is from self-employed sewer installation business. Previously operated under L. Tiburzi Sewer and Drain. In early 2005, Debtor terminated his business for health reasons and worked sporadically for his son's business, The Sewer Company, Inc. Debtors' son has recently passed away and Debtors have taken over operation of The Sewer Company, Inc.**

## 2. Income other than from employment or operation of business

None
∎

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

## 3. Payments to creditors

None
∎

a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
∎

b.    List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None

a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Internal Revenue Service Case #2Q1012367** | | | **Judgment entered in February, 2002** |
| **NYS Tax Commission Case #Q001364984** | | **County of Erie** | **Judgment entered in September, 2004 for $1,030.00** |
| **NYS Department of Labor Case #Q1287237** | | **County Court County of Erie** | **Judgment entered in March, 2004 for $1,050.00** |

| | | |
|---|---|---|
| NYS Tax Commission<br>Case #Q1342801 | County Court<br>County of Erie | Judgment entered in<br>August, 2004 for<br>$1,050.00 |
| Capital One Bank<br>Case #B75100 | County Court<br>County of Erie | Judgment entered in<br>March, 2005 for<br>$1,650.00 |
| Capital One Bank | | Summons and Complaint<br>Served for $6,300.00 |
| National Fuel Gas Distribution<br>Case #Q001169063 | County of Erie | Judgment entered in<br>May, 2003 for<br>$3,550.00 |
| Niagara Mohawk Power Corporation<br>Case #Q001190398 | County of Erie | Judgment entered in<br>May, 2003 for<br>$1,900.00 |
| National Fuel Gas Distribution<br>Case #Q001060893 | County of Erie | Judgment entered in<br>July, 2002 for<br>$7,950.00 |
| Karstedt S Automotive<br>Case #B80886 | County Court<br>County of Erie | Judgment entered in<br>June, 2005 for<br>$1,400.00 |
| Buffalo Plumbing Supply<br>Case #Q13155763 | County Court<br>County of Erie | Judgment entered in<br>May, 2004 for<br>$29,500.00 |
| Riefler Concrete Products<br>Case #B45875 | County Court<br>County of Erie | Judgment entered in<br>February, 2003 for<br>$7,225.00 |
| VP Supply Corp.<br>Case #Q1144067 | County Court<br>County of Erie | Judgment entered in<br>March, 2003 for<br>$69,845.00 |
| Kistner Concrete<br>Case #B36407 | County Court<br>County of Erie | Judgment entered in<br>September, 2002 for<br>$2,100.00 |
| National Fuel<br>Case #Q1305486 | County Court<br>County of Erie | Judgment entered in<br>_____ for<br>$1,700.00 |
| Medical<br>Case #Q001404898 | County Court<br>County of Erie | Judgment entered in<br>January, 2005 for<br>$1,550.00 |
| Hurtubise Tire, Inc.<br>Case #Q1181329 | County Court<br>County of Erie | Judgment entered in<br>June, 2003 for<br>$5,025.00 |
| Baschmann Services, Inc.<br>Case #B48957 | County Court<br>County of Erie | Judgment entered in<br>August, 2003 for<br>$8,250.00 |

None

■　b.　　Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None

■　List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None

■　a.　　Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---

None

■　b.　　List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this cas**e. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 10. Other transfers

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of  this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
■

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME              NAME AND ADDRESS          DATE OF              ENVIRONMENTAL
AND ADDRESS            OF GOVERNMENTAL UNIT       NOTICE                      LAW

---

None
■     b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME              NAME AND ADDRESS          DATE OF              ENVIRONMENTAL
AND ADDRESS            OF GOVERNMENTAL UNIT       NOTICE                      LAW

None

■     c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

## 18 . Nature, location and name of business

None

■     a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

None

■     b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None

■     a.     List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                 DATES SERVICES RENDERED

---

None

■     b.     List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                 ADDRESS              DATES SERVICES RENDERED

---

None

■     c.     List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS

---

None

■     d.     List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a

financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                 DATE ISSUED

---

### 20. Inventories

None

■     a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                               DOLLAR AMOUNT OF INVENTORY

DATE OF INVENTORY     INVENTORY SUPERVISOR            (Specify cost, market or other basis)

---

None

■     b.     List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                               NAME AND ADDRESSES OF CUSTODIAN

DATE OF INVENTORY                                    OF INVENTORY RECORDS

## 21 . Current Partners, Officers, Directors and Shareholders

None

■    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| | | |

None

■    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| | | |

## 22 . Former partners, officers, directors and shareholders

None

■    a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |
| | | |

None

■    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| | | |

## 23 . Withdrawals from a partnership or distributions by a corporation

None

■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| | | |

**24. Tax Consolidation Group.**

None

■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          LAST FOUR DIGITS OF TAXPAYER IDENTIFICATION NUMBER

---

**25. Pension Funds.**

None

■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND          LAST FOUR DIGITS OF TAXPAYER IDENTIFICATION NUMBER

---

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ~~July 22, 2005~~ October 3, 2005      Signature     /s/ Louis J. Tiburzi
of Debtor            Louis J. Tiburzi

Date ~~July 22, 2005~~ October 3, 2005      Signature     /s/ Linda Tiburzi
of Joint Debtor     Linda Tiburzi
(if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature     _____

                                 _____
                                 Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0**   continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

      I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No. (See 11 U.S.C. § 110[c])

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____     _____
Signature of Bankruptcy Petition Preparer     Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**                    **WESTERN DISTRICT OF NEW YORK**

In Re: Tiburzi, Louis J. and Linda, Debtor(s)          Case No. _____          (If Known)

**STATEMENT**
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)    The undersigned is the attorney for the debtor(s) in this case.
(2)    The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
      (a)    for legal services rendered or to be rendered in contemplation of and in connection with this case.    $
      (b)    prior to filing this statement, debtor(s) have paid    $
      (c)    the unpaid balance due and payable is    $
(3)    **$209.00**    of the filing fee in this case has been paid.
(4)    The services rendered or to be rendered include the following:
      (a)    analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Bankruptcy Code.
      (b)    preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
      (c)    representation of the debtor(s) at the meeting of creditors.

(5)    The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

(6)    The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7)    the undersigned has received no transfer, assignment or pledge of property except the following for the value states:

(8)    The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:    **October 3, 2005**    Respectfully Submitted  **/s/ Doreen E. Letty**  , Attorney for Petitioner
                                                    **Doreen E. Letty**

Attorney's name and address:  **Hogan & Willig, PLLC, One John James Audubon Parkway, Suite 210, Amherst, NY 14228**

State of New Jersey Higher Education
  Student Assistance Authority
4 Quakerbridge Plaza P.O. Box 546
Trenton, NJ 08625-0546

Sallie Mae
P.O. Box 9500
Wilkes Barre PA 18773-9500

Hurtubise Tire, Inc.
63 Oliver Street
North Tonawanda, NY 14120

Saltarelli & Associates, P.C.
156 Delaware Street
Tonawanda, NY 14150-3498

Providian c/o
Capital Management Services, Inc.
726 Exchange Street, Suite 700
Buffalo, NY 14210

Baschmann Services, Inc.
1101 Maple Road
Elma, New York 14059

Tax Collector
Town of Hamburg
S-6100 South Park Avenue
Hamburg, New York 14075

Matthew J. Garvey
Garvey & Garvey
416 Pearl Street
Buffalo, New York 14202

Carlo M. Perfetto
P.O. Box 252
Hamburg, NY 14075

VP Supply Corp.
c/o Credit Company
2495 Walden Avenue
Cheektowaga, NY 14225

VP Supply Corp.
c/o Relin, Goldstein & Crane, LLP
Paul L. Goldstein, Esq.
1800 First Federal Plaza
Rochester, NY 140614

Case Credit Charge Card
P.O. Box 292
Racine, WI 53401

Kistner Concrete
Route 39
Springville, NY

National Fuel
6363 Main Street
Williamsville, NY 14221

Medical
Mercy Hospital
565 Abbott Road
Buffalo, NY 14220

Anderson Equipment
c/o Getman Biryla, LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203-1995

Anderson Equipment
101 Great Arrow Avenue
Buffalo, NY 14216

Kistner Concrete Products, Inc.
c/o Aaron, Dautch, Sternberg & Lawson, LLP
43 Court Street, Suite 730
Buffalo, NY 14202-3172

LA Hazard & Sons
1695 Overhead Road
Derby, NY

ADT Security Services, Inc.
c/o NCO Financial Systems
P.O. Box 41457
Philadelphia, PA 19101-1457

University at Buffalo
Parking Violations Office
P.O. Box 4600
Buffalo, NY 14240-4600

USPS Disbursing Officer
Accounting Service Center
P.O. Box 21888
Eagan, MN 55121-0888

USPS Disbursing Officer
Accounting Service Center
P.O. Box 21888
Eagan, MN 55121-0888

Schaefer Plumbing
146-160 Clinton Street
Buffalo, NY 14203

CCC of NY
P.O. Box 740
Buffalo, NY 14217-0740

Karstedt S Automotive
5909 Camp Road
Hamburg, NY

Karstedt S Automotive
5909 Camp Road
Hamburg, NY

Buffalo Plumbing Supply
Seneca Street
Buffalo, NY

Riefler Concrete Products
5690 Camp Road
Hamburg, NY 14075

Aaron, Dautch, Sternberg & Lawson, Convention Center Tower
43 Court Street Suite 730
Buffalo, NY 14202-3172

VP Supply Corp
2240 Harlem Road
Cheektowaga, NY

Berman & Rabin, P.A.
10660 Barkley
Overland Park, KS 66212

Providian Processing Services
P.O. Box 660567
Dallas, TX 75266-0567

Alliance One Receivables
   Management, Inc.
P.O. Box 1961
Southgate, Michigan 48195-0961

Providian Payment Processing
P.O. Box 660548
Dallas, TX 75266-0548

Sears Card
P.O. Box 182149
Columbus, OH 43218-2149

Sunoco/Citi
1735 Market Street, Suite LL
Philadelphia, PA 19103-7583

Van Ru Credit Corporation
P.O. Box 998
Park Ridge, IL 60068-0998

Van Ru Credit Corporation
P.O. Box 998
Park Ridge, IL 60068-0998

Seventh Avenue
c/o E R Solutions, Inc.
P.O. Box 9004
Renton, WA 98057-9004

Target National Bank
P.O. Box 59231
Minneapolis, MN 55459-0231

Through the Country Door
1112 7th Avenue
Monroe, WI 53566-1364

Stop N Gas
5498 Camp Road
Hamburg, NY

Mercy Hospital OP
c/o Mercantile Adjustment Bureau, LLC
P.O. Box 9315A
Rochester, NY 14604

Masseys
128 West River Street
Chippewa Falls, WI 54729

National Fuel – NY
P.O. Box 163250
Columbus, OH 43216-3250

CBCS
P.O. Box 69
Columbus, OH 43216

National Fuel
6363 Main Street
Williamsville, NY 14221

Niagara Mohawk
c/o Mercantile Adjustment Bureau
40 West Avenue
Rochester, NY 14611

Nordstrom FSB
1617 6th Avenue, Suite 500
Seattle, WA 98101

Medical Payment Data
c/o Mercantile Adjustment Bureau
40 West Avenue
Rochester, NY 14611

Orchard Bank
c/o Household Credit Services
P.O. Box 17051
Baltimore, MD 21297-1051

Orchard Bank
c/o Household Credit Services
P.O. Box 17051
Baltimore, MD 21297-1051

Oxmoor House
c/o North Shore Agency-N3X-52
P.O. Box 8901
Westbury, NY 11590-8901


Pier 1 National Bank
9111 Duke Boulevard
Mason, OH 45040

SKO Brenner American, Inc.
40 Daniel Street P.O. Box 230
Farmingdale, NY 11735-0230

Funk Lawn Care
330 Fillmore Avenue
Tonawanda, NY 14150

Thd/CBUSA/Home Depot
1881 Ridge Road
West Seneca, NY 14224

HSBC-NV
One HSBC Center
Buffalo, NY 14203

JCPenney
P.O. Box 10001
Dallas, TX 75301-7311

Michael J. Poretta, Esq.
P.O. Box 537
Hamburg, NY 14075

General Electric Capital Corporation
P.O. Box 103101
Roswell, GA 30076

Kaufmann's
P.O. Box 94934
Cleveland, OH 44101-4934

Klemat Plumbing and Heating, Inc.
3280 South Park Avenue
Lackawanna, NY 14218

Littman Jewelers
P.O. Box 105980 Dept. 06
Atlanta, GA 30353-5980

Lock City Supply, Inc.
650 West Avenue P.O. Box 481
Lockport, NY 14095-0481

Lord & Taylor
P.O. Box 94873
Cleveland, OH 44101-4873

Omar-Parmenter Tires & Service, Inc.
772 Elk Street
Buffalo, NY 14210

Contractors Credit
1110 Lake Cook Road Suite 370
Buffalo Grove, IL 60089

GMAC Payment Processing Center
P.O. Box 78369
Phoenix, AZ 85062-8369

Miracle Financial, Inc.
52 Armstrong Road
Plymouth, MA 02360-4807

Verizon
615 N. Classen Boulevard
Oklahoma City, OK 73106

First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147

First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147

First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147

First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147

National Fuel Gas Distribution
6363 Main Street
Williamsville, NY 14221

Niagara Mohawk Power Corporation
300 Erie Boulevard West
Syracuse, NY 13202-4205

National Fuel Gas Distribution
6363 Main Street
Williamsville, NY 14221

Financial Recoveries
P.O. Box 330
Buffalo, NY 14223

Citibank Early Out Primes
c/o NCO Financial Systems
P.O. Box 41625
Philadelphia, PA 19101-1625

Citibank Early Out Primes
c/o NCO Financial Systems
P.O. Box 41625
Philadelphia, PA 19101-1625

Citicorp-Bankcard Classic
c/o Collectcorp Corporation
455 North 3rd Street, Suite 260
Phoenix, AZ 85004-3924

Citi – Shell
P.O. Box 2463
Houston, TX 77252-2463

Cross Country Bank
P.O. Box 10001
Huntington, WV 25770

Select Financial
P.O. Box 1070
Jenkintown, PA 19046-7370

Professional Recovery Services, Inc.
P.O. Box 1880
Voorhees, NJ 08043

Cross Country Bank
P.O. Box 10007
Huntington, WV 25770-0007

The Disney Credit Card
P.O. Box 530993
Atlanta, GA 30353-0993

EBSCO Teleservices
P.O. Box 830049
Birmingham, AL 35283-0049

ExxonMobil
P.O. Box 4598
Carol Stream, IL 60197-4598

First Niagara Bank
P.O. Box 28
Buffalo, NY 14240-0028

American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001

Advantage Assets II, Inc.
c/o LTD Financial Services, L.P.
P.O. Box 630769
Houston, TX 77263-0769

Beneficial Finance
P.O. Box 17574
Baltimore, MD 21297-1574

BMG Music Customer Service Center
P.O. Box 91545
Indianapolis, IN 46291-0545

Capital One Bank
P.O. Box 85147
Richmond, VA 23276

Capital One Bank
P.O. Box 85147
Richmond, VA 23276

Cohen & Slamowitz, LLP
P.O. Box 9004
199 Crossways Park Drive
Woodbury, NY 11797-9004

NCO Financial Systems
P.O. Box 8148
Philadelphia, PA 19101-8148

Catholic Health System
  Mercy Hospital of Buffalo
565 Abbott Road
Buffalo, NY 14220

Charter One Bank
c/o Oxford Collection Services
135 Maxess Road
Melville, NY 11747

Chase Manhattan Bank USA, N.A.
P.O. Box 15583
Wilmington, DE 19886-1194

M.R.S. Associates, Inc.
3 Executive Campus, Suite 400
Cherry Hill, NJ 08002

Chase BankCard Services, Inc.
P.O. Box 521195
Phoenix, AZ 85072-2195